SA:GKS
F. #2015R01255

**DEARIE, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**GOLD, M.J.**

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MOHAMMAD CHOWDHURY,

Defendant.

- - - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

Criminal Docket No. **CR16-085**

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant MOHAMMAD CHOWDHURY's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
         February 23, 2016

                                    ROBERT L. CAPERS
                                    United States Attorney
                                    Eastern District of New York

                            By:     /s/
                                    _____
                                    G. Karthik Srinivasan
                                    Assistant United States Attorney
                                    (718) 254-6013

Cc:   Clerk of the Court
      Albert Dayan, Esq.

2016 FEB 23 AM 11:03
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
FILED CLERK