UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against —

MOHAMMAD CHOWDHURY,

Defendant.

------------------------------X

~~SEALED~~ RJD, USDJ
ORDER

16 CR 85 (RJD) (SMG)

Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney G. Karthik Srinivasan, and after review of the transcript of the guilty plea of the defendant MOHAMMAD CHOWDHURY dated March 4, 2016, before United States Magistrate Judge Steven M. Gold, I hereby adopt the recommendation of United States Magistrate Judge Steven M. Gold and accept the defendant MOHAMMAD CHOWDHURY's plea of guilty to the information. I find that the plea was made knowingly and voluntarily and that there is a factual basis for the plea.

Dated: Brooklyn, New York
9/27, 2016

s/ RJD

THE HONORABLE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK